UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHEMOIL CORP.,

    Plaintiff,

  -against-

UNITED STATES OF AMERICA,

    Defendants.
---------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

**ORDER**

19-CV-6314 (ALC) (KNF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/20

IT IS HEREBY ORDERED that a telephone conference shall be held in the above captioned action on February 11, 2020, at 4:45 p.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
   January 29, 2020

SO ORDERED:

_(signature)_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE