UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHEMOIL CORP.,                                    :

                        Plaintiff,                :                  **ORDER**

                -against-                         :               19-CV-6314 (ALC) (KNF)

UNITED STATES OF AMERICA,                         :

                        Defendants.               :
-----------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

A telephonic status conference was held with the parties on May 6, 2020.  As a result of

the discussion had during the conference, IT IS HEREBY ORDERED that:

1) fact discovery be completed on or before September 9, 2020;

2) expert discovery be completed on or before December 9, 2020; and

3) the parties' joint pretrial order be submitted to the court on or before January 12, 2021.

Dated: New York, New York                    SO ORDERED:
       May 6, 2020

                                             _Kevin Nathaniel Fox_____
                                             KEVIN NATHANIEL FOX
                                             UNITED STATES MAGISTRATE JUDGE