UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHEMOIL CORP.,                                         :

           Plaintiff,                        :

      -against-                                         :

UNITED STATES OF AMERICA,             :

          Defendants.                    :
------------------------------------------------------------X

**ORDER**

19-CV-6314 (ALC) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above captioned action on July 1, 2020, at 3:00 p.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
       June 26, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE