USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 06/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

CHEMOIL CORP.,

                Plaintiff,

    -against-

THE UNITED STATES OF AMERICA,

                Defendant.

------------------------------------------------------------------ x

19-cv-6314 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' letter motion to stay the Joint Pre-Trial Order ("JPTO") currently due today, June 21, 2021. ECF No. 54. The parties' motion to stay is hereby GRANTED and the deadline for the JPTO is hereby STAYED. The Court will hold a status conference in this case on July 1, 2021, at 10:00 a.m. The parties should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:     June 21, 2021
             New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**