USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __07/01/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
CHEMOIL CORP.,

                              **Plaintiff,**

                              **19-cv-6314 (ALC)**

    -against-

                              **ORDER**

THE UNITED STATES OF AMERICA,

                              **Defendant.**

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

In accordance with today's conference, the deadline to submit the joint pretrial order is adjourned *sine die*. The parties are hereby ORDERED to submit a joint status report by no later than August 2, 2021.

**SO ORDERED.**

**Dated:**     **July 1, 2021**
               **New York, New York**

                                                _____
                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**