```
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CHEMOIL CORP.,

                Plaintiff,

    -against-                                  19-cv-6314 (ALC)

THE UNITED STATES OF AMERICA,              **ORDER**

                Defendant.
------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the parties' status report dated December 3, 2021, regarding the jurisdictional question under 26 U.S.C. § 6511(b)(2)(A). The Plaintiff is directed to submit a letter addressing the issue on or before **December 13, 2021**. The Defendant should submit their response on or before **December 20, 2021**. The Court will hold a telephonic conference in this case on **December 20, 2021, at 12:00 PM Eastern Time**. The parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated:**    **December 7, 2021**
            **New York, New York**

                                          _____
                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**