```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
CHEMOIL CORP.,                                         :
                                                       :
                          Plaintiff,                   :
                                                       :      19-cv-6314 (ALC)
           -against-                                   :
                                                       :      ORDER
THE UNITED STATES OF AMERICA,                          :
                                                       :
                          Defendant.                   :
                                                       :
------------------------------------------------------------------ x
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC#: _____
DATE FILED: 5/5/2022

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' letter dated April 27, 2022 regarding the proposed briefing schedules. Upon further the review, the Court will adopt the schedule for simultaneous briefing proposed by Plaintiff. The parties are directed to adhere to the following briefing schedule:

| | |
|---|---|
| **Cross-Motions** | July 1, 2022 |
| **Opposition Briefs** | August 12, 2022 |
| **Reply Briefs** | September 2, 2022 |

SO ORDERED.

Dated:  May 5, 2022
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**