

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

July 21, 2022

<u>Via ECF</u>
Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  _7/22/2022_____

Re:  *Chemoil Corp. v. United States of America*, 19 Civ. 6314 (ALC) (JW)

Dear Judge Carter:

    This Office represents the United States of America (the "United States" or the "government"), the defendant in the above-referenced tax-refund case brought by plaintiff Chemoil Corporation ("Chemoil"). We write respectfully to request that the Court extend in part the temporary seal of the government's summary judgment papers for an additional 14 days, solely as to a deposition transcript marked confidential by Astra Oil Company ("Astra") and a reference to that transcript in the government's brief.

    The Court previously placed the government's summary judgment papers under a temporary 14-day seal, *see* Dkt. No. 87, upon the government's request pursuant to Rule 6.C of Your Honor's Individual Practices and the Stipulation of Confidentiality ("Stipulation") executed by the parties on September 13 and 14, 2020, *see* Dkt. No. 76 & Ex. A.

    At the deposition of Andre Raposo, conducted on December 10, 2020, counsel for Astra (Raposo's former employer) made a statement on the record indicating that Astra sought to maintain the transcript as Confidential Information pursuant to the Stipulation. The transcript of Raposo's deposition, which is marked as Exhibit 5 to the Declaration of Jennifer Jude, Dkt. No. 81, is referenced on one page of the government's brief, *see* Dkt. No. 78, at 31.

    Both the transcript and the brief are included in the current temporary 14-day seal, which covers all of the government's summary judgment filings. *See* Dkt. Nos. 76, 87. However, the government inadvertently did not notify Astra of these filings at the time of its request to seal. We contacted Astra earlier this evening after counsel for Chemoil brought this matter to our attention late this afternoon.

    Accordingly, pursuant to Paragraph 9 of the Stipulation, the United States respectfully requests that the Court extend the temporary seal in part for an additional 14 days, solely as to the transcript of the Raposo deposition and the reference thereto on page 31 of the government's summary judgment brief. Per the Stipulation, Astra may make an application to continue the seal as to some or all of these materials if it can demonstrate cause for doing so.

Thank you for your consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/ Samuel Dolinger
JENNIFER JUDE
SAMUEL DOLINGER
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2663/2677
jennifer.jude@usdoj.gov
samuel.dolinger@usdoj.gov

cc: Counsel for Chemoil (via ECF)
    Counsel for Astra (by email)

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: 7/22/2022