

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

August 9, 2022

<u>Via ECF and Email</u>
Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
SwainNYSDCorresp@nysd.uscourts.gov

**<u>MEMO-ENDORSED</u>**

Re:   *Chemoil Corp. v. United States of America*, 19 Civ. 6314 (LTS) (JW)

Dear Chief Judge Swain:

      This Office represents the United States of America (the "United States" or the "government"), the defendant in the above-referenced tax-refund case brought by plaintiff Chemoil Corporation ("Chemoil").

      We write respectfully to advise the Court that no party has moved to extend the temporary seal of the government's summary judgment papers pursuant to the Stipulation of Confidentiality executed by the parties.  The temporary sealing period has now expired.  *See* Dkt. Nos. 87, 91 (orders dated July 11 and July 22, 2022, implementing temporary seal). Accordingly, we will file a public version of the United States' brief, declarations, and exhibits.

      We note that the public versions of the documents will contain minor redactions of certain information as required by Rule 5.2 of the Federal Rules of Civil Procedure.

      Additionally, one witness, Andre Raposo, requested via counsel that his home address be redacted from the publicly filed version of his deposition transcript.  Because that information is not relevant to any matter before the Court, the government respectfully requests the Court's leave to redact that information, pursuant to section A.5.b of Your Honor's Individual Practices. *See* Transcript of the Deposition of Andre Raposo on Dec. 10, 2020, at 11:12-13, attached as Ex. 5 to the Declaration of Jennifer Jude, Dkt. No. 81.

      Thank you for your consideration of this matter.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

      By:    /s/ Samuel Dolinger
                JENNIFER JUDE
                SAMUEL DOLINGER
                Assistant United States Attorneys
                86 Chambers Street, 3rd Floor
                New York, New York 10007
                (212) 637-2663/2677
                jennifer.jude@usdoj.gov
                samuel.dolinger@usdoj.gov

cc: Counsel for Chemoil (via ECF)
    Counsel for Vopak Terminal Deer Park Inc. (by email)
    Counsel for Cerebrum Capital Management, Inc. (by email)
    Counsel for Astra Oil Company (by email)

The foregoing request to seal the home address information is granted.  Dkt. no. 92 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, Chief USDJ, 08/10/2022