Exhibit 70

**\* AS ORIGINALLY FILED \***

# Form 720 — Quarterly Federal Excise Tax Return

Form **720** (Rev. January 2011)
Department of the Treasury
Internal Revenue Service

▶ See the Instructions for Form 720.

OMB No. 1545-0023

Check here if:
☐ Final return
☐ Address change

Name: **CHEMOIL CORPORATION**

Number, street, and room or suite no. (If you have a P.O. box, see the instructions.)
**4 EMBARCADERO CENTER, 34TH FLOOR**

City, state, and ZIP code. (If you have a foreign address, see the instructions.)
**SAN FRANCISCO, CA - 94111 - 4187**

Quarter ending: **DECEMBER 31, 2011**

Employer identification number: **94-2869448**

FOR IRS USE ONLY: T, FF, FD, FP, I, T

## Part I

| IRS No. | Environmental Taxes (attach Form 6627) | | | Tax | | IRS No. |
|---|---|---|---|---|---|---|
| 18 | Domestic petroleum oil spill tax | | | | | 18 |
| 21 | Imported petroleum products oil spill tax | | | 258,639 | 00 | 21 |
| 98 | Ozone-depleting chemicals (ODCs) | | | | | 98 |
| 19 | ODC tax on imported products | | | | | 19 |
| | **Communications and Air Transportation Taxes** (see instructions) | | | Tax | | |
| 22 | Local telephone service and teletypewriter exchange service | | | | | 22 |
| 26 | Transportation of persons by air | | | | | 26 |
| 28 | Transportation of property by air | | | | | 28 |
| 27 | Use of international air travel facilities | | | | | 27 |
| | **Fuel Taxes** | Number of gallons | Rate | Tax | | |
| 60 | (a) Diesel fuel, tax on removal at terminal rack | | $.244 | | | |
| 60 | (b) Diesel fuel, tax on taxable events other than removal at terminal rack | | .244 | | | 60 |
| | (c) Diesel fuel, tax on sale or removal of biodiesel mixture other than removal at terminal rack | | .244 | | | |
| 104 | Diesel-water fuel emulsion | | .198 | | | 104 |
| 105 | Dyed diesel fuel, LUST tax | | .001 | | | 105 |
| 107 | Dyed kerosene, LUST tax | | .001 | | | 107 |
| 119 | LUST tax, other exempt removals (see instructions) | | .001 | | | 119 |
| 35 | (a) Kerosene, tax on removal at terminal rack (see instructions) | 11,401 | .244 | | | |
| | (b) Kerosene, tax on taxable events other than removal at terminal rack | | .244 | 2,781 | 84 | 35 |
| 69 | Kerosene for use in aviation (see instructions) | | .219 | | | 69 |
| 77 | Kerosene for use in commercial aviation (other than foreign trade) | | .044 | | | 77 |
| 111 | Kerosene for use in aviation, LUST tax on nontaxable uses | | .001 | | | 111 |
| 79 | Other fuels (see instructions) | | | | | 79 |
| 62 | (a) Gasoline, tax on removal at terminal rack | | .184 | | | |
| 62 | (b) Gasoline, tax on taxable events other than removal at terminal rack | | .184 | 3,436 | 20 | 62 |
| | (c) Gasoline, tax on sale or removal of alcohol fuel mixture other than removal at terminal rack | 18,675 | .184 | | | |
| 14 | Aviation gasoline | 4525 | .194 | 877 | 85 | 14 |
| 112 | Liquefied petroleum gas (LPG) | | .183 | | | 112 |
| 118 | "P Series" fuels | | .184 | | | 118 |
| 120 | Compressed natural gas (CNG) (GGE = 126.67 cu. ft.) | | .183 | | | 120 |
| 121 | Liquefied hydrogen | | .184 | | | 121 |
| 122 | Any liquid fuel derived from coal (including peat) through the Fischer-Tropsch process | | .244 | | | 122 |
| 123 | Liquid fuel derived from biomass | | .244 | | | 123 |
| 124 | Liquefied natural gas (LNG) | | .243 | | | 124 |
| | **Retail Tax** | | Rate | Tax | | |
| 33 | Truck, trailer, and semitrailer chassis and bodies, and tractors | | 12% of sales price | | | 33 |
| | **Ship Passenger Tax** | Number of persons | Rate | Tax | | |
| 29 | Transportation by water | | $3 per person | | | 29 |
| | **Other Excise Tax** | Amount of obligations | Rate | Tax | | |
| 31 | Obligations not in registered form | | $ .01 | | | 31 |

For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.   Cat. No. 10175Y   Form **720** (Rev. 1-2011)

US000154

Form 720 (Rev. 1-2011) — Page 2

| IRS No. | Manufacturers Taxes | Number of tons | Sales price | Rate | Tax | IRS No. |
|---|---|---|---|---|---|---|
| 36 | Coal—Underground mined | | | $1.10 per ton | | 36 |
| 37 | | | | 4.4% of sales price | | 37 |
| 38 | Coal—Surface mined | | | $ .55 per ton | | 38 |
| 39 | | | | 4.4% of sales price | | 39 |

| IRS No. | | Number of tires | Tax | IRS No. |
|---|---|---|---|---|
| 108 | Taxable tires other than bias ply or super single tires | | | 108 |
| 109 | Taxable bias ply or super single tires (other than super single tires designed for steering) | | | 109 |
| 113 | Taxable tires, super single tires designed for steering | | | 113 |
| 40 | Gas guzzler tax. Attach Form 6197. Check if one-time filing . . . . . . . . . . ☐ | | | 40 |
| 97 | Vaccines (see instructions) | | | 97 |

| IRS No. | Foreign Insurance Taxes— Policies issued by foreign insurers | Premiums paid | Rate | Tax | IRS No. |
|---|---|---|---|---|---|
| 30 | Casualty insurance and indemnity bonds | | $ .04 | | 30 |
| | Life insurance, sickness and accident policies, and annuity contracts | | .01 | | |
| | Reinsurance | | .01 | | |

| 1 | Total. Add all amounts in Part I. Complete Schedule A unless one-time filing | ▶ | $ 265,734 | 89 |

**Part II**

| IRS No. | | Rate | Tax | IRS No. |
|---|---|---|---|---|
| 41 | Sport fishing equipment (other than fishing rods and fishing poles) | 10% of sales price | | 41 |
| 110 | Fishing rods and fishing poles (limits apply, see instructions) | 10% of sales price | | 110 |
| 42 | Electric outboard motors | 3% of sales price | | 42 |
| 114 | Fishing tackle boxes | 3% of sales price | | 114 |
| 44 | Bows, quivers, broadheads, and points | 11% of sales price | | 44 |
| 106 | Arrow shafts | $ .45 per shaft | | 106 |
| 140 | Indoor tanning services | 10% of amount paid | | 140 |

| IRS No. | | Number of gallons | Rate | Tax | |
|---|---|---|---|---|---|
| 64 | Inland waterways fuel use tax | | $ .20 | | 64 |
| 125 | LUST tax on inland waterways fuel use (see instructions) | | .001 | | 125 |
| 51 | Alcohol and cellulosic biofuel sold as but not used as fuel | | | | 51 |
| 117 | Biodiesel sold as but not used as fuel | | | | 117 |
| 20 | **Floor Stocks Tax—** Ozone-depleting chemicals (floor stocks). Attach Form 6627. | | | | 20 |

| 2 | Total. Add all amounts in Part II | ▶ | $ 0 | 00 |

**Part III**

| 3 | Total tax. Add Part I, line 1, and Part II, line 2 . . . . . . . . . . . . . ▶ | 3 | 265,734 | 89 |
|---|---|---|---|---|
| 4 | Claims (see instructions; complete Schedule C) . . . . . . . ▶ 4 | | 6,854,133 | 91 |
| 5 | Deposits made for the quarter . . . . ▶ 5 | 258,639 | 00 | |
| | ☐ Check here if you used the safe harbor rule to make your deposits. | | | |
| 6 | Overpayment from previous quarters . . ▶ 6 | | | |
| 7 | Enter the amount from Form 720X included on line 6, if any . . . . . . . . . ▶ 7 | | | |
| 8 | Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . ▶ 8 | 258,639 | 00 | |
| 9 | Add lines 4 and 8 . . . . . . . . . . . . . . . . . . . . . . ▶ | 9 | 6,847,038 | 02 |
| 10 | Balance Due. If line 3 is greater than line 9, enter the difference. Pay the full amount with the return (see instructions) ▶ | 10 | 0 | |
| 11 | Overpayment. If line 9 is greater than line 3, enter the difference. Check if you want the overpayment: ☐ Applied to your next return, or ☑ Refunded to you. | 11 | 6,847,038 | 02 |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☐ No
Designee name ▶        Phone no. ▶        Personal identification number (PIN) ▶

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature: [signed]   Date: 1/30/2012   Title: TAX MANAGER
PHILLIP LAU
Type or print name below signature.   Telephone number: 415-268-2700

**Paid Preparer Use Only**
Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN
Firm's name ▶        Firm's EIN ▶
Firm's address ▶       Phone no.

Form **720** (Rev. 1-2011)

US000155

Form 720 (Rev. 1-2011) Page **3**

### Schedule A — Excise Tax Liability (see instructions)

**Note.** *You must complete Schedule A if you have a liability for any tax in Part I of Form 720. Do not complete Schedule A for Part II taxes or for a one-time filing of the gas guzzler tax.*

**1  Regular method taxes**

| (a) Record of Net Tax Liability | Period | | | |
|---|---|---|---|---|
| | 1st–15th day | | 16th–last day | |
| First month | A | 53,870 00 | B | 12,634 00 |
| Second month | C | 61,932 00 | D | 27,273 00 |
| Third month | E | 62,052 00 | F | 40,878 00 |
| Special rule for September* | | ► | G | |

**(b)** Net liability for regular method taxes. Add the amounts for each semimonthly period.

**2  Alternative method taxes (IRS Nos. 22, 26, 28, and 27)**

| (a) Record of Taxes Considered as Collected | Period | | | |
|---|---|---|---|---|
| | 1st–15th day | | 16th–last day | |
| First month | M | | N | |
| Second month | O | | P | |
| Third month | Q | | R | |
| Special rule for September* | | ► | S | |

**(b)** Alternative method taxes. Add the amounts for each semimonthly period.

*Complete only as instructed (see instructions).

### Schedule T — Two-Party Exchange Information Reporting (see instructions)

| Fuel | Number of gallons |
|---|---|
| Diesel fuel, gallons received in a two-party exchange within a terminal, included on IRS No. 60(a) on Form 720 | |
| Diesel fuel, gallons delivered in a two-party exchange within a terminal | |
| Kerosene, gallons received in a two-party exchange within a terminal, included on IRS No. 35(a), 69, 77, or 111 on Form 720 | |
| Kerosene, gallons delivered in a two-party exchange within a terminal | |
| Gasoline, gallons received in a two-party exchange within a terminal, included on IRS No. 62(a) on Form 720 | |
| Gasoline, gallons delivered in a two-party exchange within a terminal | |
| Aviation gasoline, gallons received in a two-party exchange within a terminal, included on IRS No. 14 on Form 720 | |
| Aviation gasoline, gallons delivered in a two-party exchange within a terminal | |

Form **720** (Rev. 1-2011)

Form 720 (Rev. 1-2011) Page 4

## Schedule C — Claims

Month your income tax year ends ▶

- Complete Schedule C for claims *only* if you are reporting liability in Part I or II of Form 720.
- Attach a statement explaining each claim as required. Include your name and EIN on the statement (see instructions).

**Caution.** Claimant has the name and address of the person(s) who sold the fuel to the claimant, the dates of purchase, and if exported, the required proof of export. For claims on lines 1a and 2b (type of use 13 and 14), 3c, 4b, and 5, claimant has not waived the right to make the claim.

**1 Nontaxable Use of Gasoline**   Note: CRN is credit reference number.   Period of claim ▶

| | | Type of use | Rate | Gallons | Amount of claim | | CRN |
|---|---|---|---|---|---|---|---|
| a | Gasoline (see **Caution** above line 1) | | $.183 | | $ | | 362 |
| b | Exported (see **Caution** above line 1) | | .184 | | | | 411 |

**2 Nontaxable Use of Aviation Gasoline**   Period of claim ▶

| | | Type of use | Rate | Gallons | Amount of claim | | CRN |
|---|---|---|---|---|---|---|---|
| a | Used in commercial aviation (other than foreign trade) | | $.15 | | $ | | 354 |
| b | Other nontaxable use (see **Caution** above line 1) | | .193 | | | | 324 |
| c | Exported (see **Caution** above line 1) | | .194 | | | | 412 |
| d | LUST tax on aviation fuels used in foreign trade | | .001 | | | | 433 |

**3 Nontaxable Use of Undyed Diesel Fuel**   Period of claim ▶ DECEMBER 2011

Claimant certifies that the diesel fuel did not contain visible evidence of dye.
**Exception.** If any of the diesel fuel included in this claim did contain visible evidence of dye, attach a detailed explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| | | Type of use | Rate | Gallons | Amount of claim | | CRN |
|---|---|---|---|---|---|---|---|
| a | Nontaxable use | 8 | $.243 | 706,192 | $ 171,604 | 66 | 360 |
| b | Use in trains | | .243 | | | | 353 |
| c | Use in certain intercity and local buses (see **Caution** above line 1) | | .17 | | | | 350 |
| d | Use on a farm for farming purposes | | .243 | | | | 360 |
| e | Exported (see **Caution** above line 1) | | .244 | | | | 413 |

**4 Nontaxable Use of Undyed Kerosene (Other Than Kerosene Used in Aviation)** Period of claim ▶

Claimant certifies that the kerosene did not contain visible evidence of dye.
**Exception.** If any of the kerosene included in this claim did contain visible evidence of dye, attach a detailed explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| | Caution. Claims cannot be made on line 4 for kerosene sales from a blocked pump. | Type of use | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| a | Nontaxable use | | $.243 | | $ | 346 |
| b | Use in certain intercity and local buses (see **Caution** above line 1) | | .17 | | | 347 |
| c | Use on a farm for farming purposes | | .243 | | | 346 |
| d | Exported (see **Caution** above line 1) | | .244 | | | 414 |
| e | Nontaxable use taxed at $.044 | | .043 | | | 377 |
| f | Nontaxable use taxed at $.219 | | .218 | | | 369 |

**5 Kerosene Used in Aviation (see Caution above line 1)**   Period of claim ▶

| | | Type of use | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| a | Kerosene used in commercial aviation (other than foreign trade) taxed at $.244 | | $.200 | | $ | 417 |
| b | Kerosene used in commercial aviation (other than foreign trade) taxed at $.219 | | .175 | | | 355 |
| c | Nontaxable use (other than use by state or local government) taxed at $.244 | | .243 | | | 346 |
| d | Nontaxable use (other than use by state or local government) taxed at $.219 | | .218 | | | 369 |
| e | LUST tax on aviation fuels used in foreign trade | | .001 | | | 433 |

Form **720** (Rev. 1-2011)

US000157

Form 720 (Rev. 1-2011) Page **5**

**6  Nontaxable Use of Alternative Fuel**

Caution. *There is a reduced credit rate for use in certain intercity and local buses (type of use 5) (see instructions).*

| | | Type of use | Rate | Gallons or gasoline gallon equivalents (GGE) | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| a | Liquefied petroleum gas (LPG) | | $.183 | | $ | 419 |
| b | "P Series" fuels | | .183 | | | 420 |
| c | Compressed natural gas (CNG) (GGE = 126.67 cu. ft.) | | .183 | | | 421 |
| d | Liquefied hydrogen | | .183 | | | 422 |
| e | Any liquid fuel derived from coal (including peat) through the Fischer-Tropsch process | | .243 | | | 423 |
| f | Liquid fuel derived from biomass | | .243 | | | 424 |
| g | Liquefied natural gas (LNG) | | .243 | | | 425 |
| h | Liquefied gas derived from biomass | | .183 | | | 435 |

**7  Sales by Registered Ultimate Vendors of Undyed Diesel Fuel**       Period of claim ▶ _____   Registration number ▶ _____

Claimant certifies that it sold the diesel fuel at a tax-excluded price, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim. Claimant certifies that the diesel fuel did not contain visible evidence of dye.

**Exception.** If any of the diesel fuel included in this claim **did** contain visible evidence of dye, attach a detailed explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| | | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Use by a state or local government | $.243 | | $ | 360 |
| b | Use in certain intercity and local buses | .17 | | | 350 |

**8  Sales by Registered Ultimate Vendors of Undyed Kerosene (Other Than Kerosene For Use in Aviation)**       Period of claim ▶ _____   Registration number ▶ _____

Claimant certifies that it sold the kerosene at a tax-excluded price, repaid the amount of tax to the buyer, or has obtained the written consent of the buyer to make the claim. Claimant certifies that the kerosene did not contain visible evidence of dye.

**Exception.** If any of the kerosene included in this claim **did** contain visible evidence of dye, attach a detailed explanation and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| | | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Use by a state or local government | $.243 | | $ | 346 |
| b | Sales from a blocked pump | .243 | | | |
| c | Use in certain intercity and local buses | .17 | | | 347 |

**9  Sales by Registered Ultimate Vendors of Kerosene For Use in Aviation**       Registration number ▶ _____

Claimant sold the kerosene for use in aviation at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to make the claim. See the instructions for additional information to be submitted.

| | | Type of use | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|---|
| a | Use in commercial aviation (other than foreign trade) taxed at $.219 | | $.175 | | $ | 355 |
| b | Use in commercial aviation (other than foreign trade) taxed at $.244 | | .200 | | | 417 |
| c | Nonexempt use in noncommercial aviation | | .025 | | | 418 |
| d | Other nontaxable uses taxed at $.244 | | .243 | | | 346 |
| e | Other nontaxable uses taxed at $.219 | | .218 | | | 369 |
| f | LUST tax on aviation fuels used in foreign trade | | .001 | | | 433 |

**10  Sales by Registered Ultimate Vendors of Gasoline**       Registration number ▶ _____

Claimant sold the gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to take the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted.

| | | Rate | Gallons | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Use by a nonprofit educational organization | $.183 | | $ | 362 |
| b | Use by a state or local government | .183 | | | |

Form **720** (Rev. 1-2011)

US000158

Form 720 (Rev. 1-2011) Page **6**

| | | Rate | Gallons | Amount of claim | | CRN |
|---|---|---|---|---|---|---|
| **11** | **Sales by Registered Ultimate Vendors of Aviation Gasoline**   Registration number ▶ | | | | | |
| | Claimant sold the aviation gasoline at a tax-excluded price and has not collected the amount of tax from the buyer, repaid the amount of tax to the buyer, or has obtained written consent of the buyer to take the claim; and obtained an unexpired certificate from the buyer and has no reason to believe any information in the certificate is false. See the instructions for additional information to be submitted. | | | | | |
| a | Use by a nonprofit educational organization | $.193 | | $ | | 324 |
| b | Use by a state or local government | .193 | | | | |

| **12** | **Alcohol Fuel Mixture Credit** | Period of claim ▶ DECEMBER 2011 |
|---|---|---|
| | | Registration number ▶ |

Claimant produced an alcohol fuel mixture by mixing taxable fuel with alcohol. The alcohol fuel mixture was sold by the claimant to any person for use as a fuel or was used as a fuel by the claimant (see instructions).

| | | Rate | Gallons | Amount of claim | | CRN |
|---|---|---|---|---|---|---|
| a | Alcohol fuel mixtures containing ethanol | $.45 | 14,850,065 | $ 6,682,529 | 25 | 393 |
| b | Alcohol fuel mixtures containing alcohol (other than ethanol) | .60 | | | | 394 |

| **13** | **Biodiesel or Renewable Diesel Mixture Credit** | Period of claim ▶ |
|---|---|---|
| | | Registration number ▶ |

Biodiesel mixtures. Claimant produced a mixture by mixing biodiesel with diesel fuel. The biodiesel used to produce the mixture met ASTM D6751 and met EPA's registration requirements for fuels and fuel additives. The mixture was sold by the claimant to any person for use as a fuel or was used as a fuel by the claimant. Claimant has attached the Certificate for Biodiesel and, if applicable, the Statement of Biodiesel Reseller. **Renewable diesel mixtures.** Claimant produced a mixture by mixing renewable diesel with liquid fuel (other than renewable diesel). The renewable diesel used to produce the renewable diesel mixture was derived from biomass, met EPA's registration requirements for fuels and fuel additives, and met ASTM D975, D396, or other equivalent standard approved by the IRS. The mixture was sold by the claimant to any person for use as a fuel or was used as a fuel by the claimant. Claimant has attached the Certificate for Biodiesel and, if applicable, Statement of Biodiesel Reseller, both of which have been edited as discussed in the instructions for line 13. See the instructions for line 13 for information about renewable diesel used in aviation.

| | | Rate | Gal. of biodiesel or renewable Diesel | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Biodiesel (other than agri-biodiesel) mixtures | $1.00 | | $ | 388 |
| b | Agri-biodiesel mixtures | 1.00 | | | 390 |
| c | Renewable diesel mixtures | 1.00 | | | 307 |

| **14** | **Alternative Fuel Credit and Alternative Fuel Mixture Credit** | Registration number ▶ |

For the alternative fuel mixture credit, claimant produced a mixture by mixing taxable fuel with alternative fuel. Claimant certifies that it (a) produced the alternative fuel, or (b) has in its possession the name, address, and EIN of the person(s) that sold the alternative fuel to the claimant; the date of purchase; and an invoice or other documentation identifying the amount of the alternative fuel. The claimant also certifies that it made no other claim for the amount of the alternative fuel, or has repaid the amount to the government. The alternative fuel mixture was sold by the claimant to any person for use as a fuel or was used as a fuel by the claimant.

| | | Rate | Gallons or gasoline gallon equivalents (GGE) (see instructions) | Amount of claim | CRN |
|---|---|---|---|---|---|
| a | Liquefied petroleum gas (LPG) | $.50 | | $ | 426 |
| b | "P" Series fuels | .50 | | | 427 |
| c | Compressed natural gas (CNG) (GGE = 121 cu. ft.) | .50 | | | 428 |
| d | Liquefied hydrogen | .50 | | | 429 |
| e | Any liquid fuel derived from coal (including peat) through the Fischer-Tropsch process | .50 | | | 430 |
| f | Liquid fuel derived from biomass | .50 | | | 431 |
| g | Liquefied natural gas (LNG) | .50 | | | 432 |
| h | Liquefied gas derived from biomass | .50 | | | 436 |
| i | Compressed gas derived from biomass (GGE = 121 cu. ft.) | .50 | | | 437 |

| **15** | **Other claims.** See the instructions. For lines 15b and 15c, see the **Caution** above line 1 on page 4. | | | |

| | | Amount of claim | CRN |
|---|---|---|---|
| a | Section 4051(d) tire credit (tax on vehicle reported on IRS No. 33) | $ | 366 |
| b | Exported dyed diesel fuel and exported gasoline blendstocks taxed at $.001 | | 415 |
| c | Exported dyed kerosene | | 416 |
| d | Diesel-water fuel emulsion | | |
| e | Registered credit card issuers | | |

| | | Number of tires | Amount of claim | CRN |
|---|---|---|---|---|
| f | Taxable tires other than bias ply or super single tires | | $ | 396 |
| g | Taxable tires, bias ply or super single tires (other than super single tires designed for steering) | | | 304 |
| h | Taxable tires, super single tires designed for steering | | | 305 |
| i | | | | |
| j | | | | |
| k | | | | |

| **16** | Total claims. Add amounts on lines 1 through 15. Enter the result here and on Form 720, Part III, line 4. | **16** | 4,636,496 | 59 | |

Form **720** (Rev. 1-2011)

US000159

| Form **6627** (Rev. January 2011) Department of the Treasury Internal Revenue Service | Environmental Taxes ▶ See instructions on page 3. ▶ Attach to Form 720. | | OMB No. 1545-0245 |
|---|---|---|---|
| Name (as shown on Form 720) CHEMOIL CORPORATION | | Quarter ending DECEMBER 31, 2011 | Employer identification number 94 2869448 |

## Part I — Tax on Petroleum

| | | (a) Barrels | (b) Rate | (c) Tax |
|---|---|---|---|---|
| 1 | Crude oil received at a U.S. refinery . . . . . . . . . . | | | |
| 2 | Crude oil taxed before receipt at refinery . . . . . . . . | | | |
| 3 | Taxable crude oil. Subtract line 2 from line 1. Multiply column (a) by column (b) and enter the amount of tax in column (c) . . | | $ .08 bbl. | $ |
| 4 | Crude oil used in or exported from the U.S. before the tax was imposed. Multiply column (a) by column (b) and enter the amount of tax in column (c) . . . . . . . . . . . . . . | | $ .08 bbl. | $ |
| 5 | Total domestic petroleum oil spill tax. Add lines 3 and 4, column (c). Enter the total here and on Form 720 on the line for **IRS No. 18** . . . . . . . . . . . . . . . . ▶ | | | $ |
| 6 | Imported petroleum products oil spill tax. Enter the number of barrels imported in column (a). Multiply column (a) by column (b) and enter the amount of tax in column (c). Also enter the amount on Form 720 on the line for **IRS No. 21** . . . . . . . ▶ | 3,232,989 | $ .08 bbl. | $ 258,639 |

## Part II — Tax on Ozone-Depleting Chemicals (ODCs), IRS No. 98

**Elections.** If you elect to report the tax on post-1989 ODCs at the time you sell or use a mixture containing such chemicals instead of when you make the mixture, check this box (the 1990 election) . . . . . . . . . . . . . . . ▶ ☐

If you elect to report the tax on post-1990 ODCs at the time you sell or use a mixture containing such chemicals instead of when you make the mixture, check this box (the 1991 election) . . . . . . . . . . . . . . . . . . . . ▶ ☐

| | (a) ODC | (b) Number of pounds | (c) Tax per pound (see Part II instructions) | (d) Tax (multiply column (b) by column (c)) |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | Total ozone-depleting chemicals tax. Add all amounts in column (d), include amounts from any additional sheets. Enter the total here and on Form 720 on the line for **IRS No. 98** . . ▶ | | | $ |

For Privacy Act and Paperwork Reduction Act Notice, see the Instructions for Form 720.     Cat. No. 43490I     Form **6627** (Rev. 1-2011)

US000160

Form 6627 (Rev. 1-2011) Page 2

### Part III — ODC Tax on Imported Products, IRS No. 19

**Election.** If you elect to report the tax on imported products at the time you import the products instead of when you sell or use the products, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

| (a) Imported product and the applicable ODC | (b) Number of products | (c) ODC weight of product | (d) Tax per pound | (e) Entry value | (f) Tax (see Part III instructions) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 Total ODC tax on imported products. Add all amounts in column (f), include amounts from any additional sheets. Enter the total here and on Form 720 on the line for IRS No. 19 . . . . ▶ | | | | | $ |

### Part IV — Tax on Floor Stocks of ODCs, IRS No. 20

| (a) ODC | (b) Number of pounds | (c) Tax per pound (see Part IV instructions) | (d) Tax (multiply column (b) by column (c)) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 Total floor stocks tax. Add all amounts in column (d), include amounts from any additional sheets. Enter the total here and on Form 720 on the line for IRS No. 20 . . . . . . . . ▶ | | | $ |

Form **6627** (Rev. 1-2011)

US000161

CHEMOIL CORPORATION
FEIN: 94-2869448
Form 720 DECEMBER 31, 2011

Schedule C

CC 637 NO: 05-CA-2006-001127-AB-AF-M-NB-S-UA-X

| Name | FEIN NUMBER | Gallons | Amount of claim | |
|---|---|---|---|---|
| Lunday Thagard | 95-2783587 | 706,192.00 | $171,604.66 | Diesel |
| Total | | 706,192.00 | $171,604.66 | |

US000162

## Deal - BTB7, 9, 10, AOT

|  | Purchases | | | |
|---|---:|---:|---:|---|
|  | Ethanol | Gasoline | | |
| BTB 7 | 2,720,217.01 | 3,983.00 | 2,724,200.01 | sale to Gunvor |
|  |  |  |  | sale to Astra |
| BTB 9 | 5,333,379.20 | 1,995.00 | 5,335,374.20 | |
| BTB 10 | 1,653,448.50 | 4,909.00 | 1,658,357.50 | |
| AOT | 5,143,020.25 | 9,179.00 | 5,152,199.25 | |
| (a) tax credit - gallons | 14,850,064.96 | 20,066.00 | 14,870,130.96 | |
| Additional purchase of non-blended ethanol | 242,639.00 | | | |
|  | 15,092,703.96 | 20,066.00 | 15,112,769.96 | |
| (b) credit allowance | 0.45 | | | |
| total dollars (a) x (b) | $ 6,682,529.23 | | | |

US000163