

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 17, 2022

Via ECF
Honorable Laura Taylor Swain
United States Chief District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO-ENDORSED**

Re:   *Chemoil Corp. v. United States of America*, 19 Civ. 6314 (ALC) (JW)

Dear Chief Judge Swain:

      This Office represents the United States of America (the "United States" or the "government"), the defendant in the above-referenced tax-refund case brought by plaintiff Chemoil Corporation ("Chemoil"). We write respectfully to request a two-week extension of time for both parties' reply briefs, from October 21, 2022, to November 4, 2022. *See* Dkt. No. 102. The extension is requested because the father of one the government counsel assigned to this matter passed away last week and counsel has been out of the office attending to family matters. Chemoil consents to this request. This is the government's second request to extend summary judgment briefing deadlines and the first request was granted. Dkt. Nos. 74, 75. Thank you for your consideration of this request.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:   /s/ Jennifer Jude
      JENNIFER JUDE
      SAMUEL DOLINGER
      Assistant United States Attorneys
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      (212) 637-2663/2677
      jennifer.jude@usdoj.gov
      samuel.dolinger@usdoj.gov

cc: Counsel for Chemoil (via ECF)

> The Court conveys its sincere condolences to counsel for their loss.  The foregoing extension request is granted.  Dkt. no. 110 resolved.
> SO ORDERED.
> /s/ Laura Taylor Swain, Chief USDJ, 10/18/2022