**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHEMOIL CORP.,

                Plaintiff,                        19 **CIVIL** 6314 (LTS)(JW)

    -against-                                **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Order dated September 26, 2023, the Government's Motion for Summary Judgment is granted, and Chemoil's Cross Motion is denied. Judgment is entered dismissing Chemoil's complaint; accordingly, the case is closed.

**Dated:**  New York, New York
           September 26, 2023

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                       **BY:**      *K. Mango*
                                                                      **Deputy Clerk**